UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>             Plaintiff,<br><br>     v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>             Defendants. | Case No. 26-cv-00783-SK<br><br>**ORDER ON MOTION TO PROCEED ANONYMOUSLY**<br><br>Regarding Docket No. 3 |

Now before the Court is Plaintiff's administrative motion to proceed under a pseudonym. "The normal presumption in litigation is that parties must use their real names." *Doe v. Kamehameha Schs./Bernice Pauahi Bishop Est.*, 596 F.3d 1036, 1042 (9th Cir. 2010). Plaintiff must demonstrate that her need for anonymity outweighs prejudice to the opposing party and the public's interest in knowing the party's identity." *Does I Thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1068 (9th Cir. 2000). Here, the Court finds that Plaintiff has demonstrated proceeding anonymously is warranted. Therefore, the Court GRANTS her administrative motion. The parties shall refer to Plaintiff by Pseudonym JANE DOE in all filings and public proceedings and shall redact Plaintiff's true full name and other personally identifying information from all filings consistent with Federal Rule of Civil Procedure 5.2. The parties shall file the unredacted versions under seal.

Plaintiff also requests that Plaintiff's that her identity be disclosed to Defendants only under "appropriate confidentiality protections if required", without specifying what protections are being requested. At this time, the Court will not enter such an order. Only after the parties meet and confer will the Court consider such as request.

Finally, the Court notes that proposed orders must be filed with all motions or stipulations requesting Court action and the proposed orders must be emailed in Microsoft Word format to

skpo@cand.uscourts.gov.

**IT IS SO ORDERED**.

Dated: January 26, 2026

_____
SALLIE KIM
United States Magistrate Judge